DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THERMA SEAL ROOF SYSTEMS, LLC'S,**
Appellant,

v.

**WINDSOR PARKE AT THE POLO CLUB HOMEOWNERS ASSOC., INC.,**
Appellee.

No. 4D2025-1496

[May 7, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James W. Sherman, Judge; L.T. Case No. 502023CA010998XXXXMB.

Michael V. Andriano and Therese Savona of Cole Scott & Kissane, P.A., Orlando, for appellant.

Jeremy Dicker of Sachs Sax Caplan, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***